No. 98–8482. ABUHOURAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–8489. COOK *v.* ROMINE, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–8493. GILES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8497. FROST *v.* THOMAS ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8504. GOINS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–8505. HENRIQUES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8508. SHEA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–8509. DEJESUS SANCHEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–8511. PAGE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–8513. RANDALL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8514. YANEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8515. SHUTTERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8516. TYLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–8526. L'HEUREUX *v.* WHITEHOUSE, ATTORNEY GENERAL OF RHODE ISLAND. C. A. 1st Cir. Certiorari denied.

No. 98–8528. MCMENNAMY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8529. MORTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.